NOTE: This order is nonprecedential

# United States Court of Appeals
# for the Federal Circuit

---

**UNILOC USA, INC. AND UNILOC SINGAPORE
PRIVATE LIMITED,**
*Plaintiffs-Appellants,*

v.

**MICROSOFT CORPORATION,**
*Defendant-Appellee.*

---

2010-1326

---

Appeal from the United States District Court for the District of Rhode Island in case no. 03-CV-0440, Judge William E. Smith.

---

**ON MOTION**

---

**O R D E R**

In view of this court's May 26, 2011 mandate in 2010-1035, reversing the judgment of noninfringement and remanding for a trial on damages, the parties jointly move to lift the stay of proceedings in this appeal and to vacate the order of the United States District Court for the District of Rhode Island awarding costs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted. The case is remanded for further proceedings as may be appropriate.

(2) Each side shall bear its own costs.

FOR THE COURT

JUL 25 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Donald R. Dunner, Esq.
     Frank E. Scherkenbach, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 25 2011

JAN HORBALY
CLERK